**THIS OPINION HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA**
**In The Court of Appeals**

DeAngelo Brown, Petitioner,

v.

State of South Carolina, Respondent.

Appellate Case No. 2022-001395

---

## ON WRIT OF CERTIORARI

---

Appeal From Charleston County
Jennifer B. McCoy, Circuit Court Judge

---

Unpublished Opinion No. 2025-UP-138
Submitted April 1, 2025 – Filed April 23, 2025

---

## CERTIORARI DISMISSED AS IMPROVIDENTLY GRANTED

---

Appellate Defender Sarah Elizabeth Shipe, of Columbia, for Petitioner.

Attorney General Alan McCrory Wilson and Assistant Attorney General Ambree Michele Muller, both of Columbia, and Solicitor Scarlett Anne Wilson, of Charleston, all for Respondent.

---

**PER CURIAM:**  We issued a writ of certiorari to review the post-conviction relief (PCR) court's denial of DeAngelo Brown's application for PCR.  We now dismiss the writ as improvidently granted.

**DISMISSED AS IMPROVIDENTLY GRANTED.**[1]

**KONDUROS, MCDONALD, and VINSON, JJ., concur.**

---

[1] We decide this case without oral argument pursuant to Rule 215, SCACR.